NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1135

B-K LIGHTING, INC.,

Plaintiff-Appellant,

v.

FRESNO VALVES & CASTINGS, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Central District of California in case no. 06-CV-2825, Judge Margaret M. Morrow.

ON MOTION

O R D E R

B-K Lighting, Inc. moves without opposition to stay the briefing schedule in this appeal pending this court's disposition in a related case, B-K Lighting, Inc. v. Fresno Valves & Castings, Inc., 2008-1537.

Appeal 2008-1537 concerns the district court's disposition of the case on the merits. Appeal 2008-1537 was argued on June 5, 2009. The above-captioned appeal concerns the district court's subsequent disposition of the request for attorney fees.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion to stay the briefing schedule in 2010-1135 is granted. B-K Lighting, Inc. is directed to inform this court in this case within 14 days of the disposition of 2008-1537 concerning how it believes 2010-1135 should proceed. Fresno Valves & Castings, Inc. may also respond within that time.

(2)     A copy of this order shall be transmitted to the merits panel assigned to 2008-1537, to inform that panel of this pending related appeal.

FOR THE COURT

FEB 0 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Steven E. Shapiro, Esq.
        Duane H. Mathiowetz, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 4 2010

**JAN HORBALY
CLERK**

2010-1135                                    2